Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

Saba A. Basria, Esq., SBN 307594
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: sbasria@higbeeassociates.com

*Attorneys for Plaintiff*,
MARK JOHNSON,

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>EMILIANO ABATE d/b/a COSTA RICA SURF LESSONS; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. **'19CV1849 LAB RBB**<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff MARK JOHNSON, for his Complaint against EMILIANO ABATE d/b/a COSTA RICA SURF LESSONS, Defendant, alleges as follows:

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
1

**JURISDICTION AND VENUE**

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant is a business providing services in the State of California. And Defendant's acts of infringement complained of herein occurred in the State of California, and caused injury to Plaintiff in his intellectual property within the State of California.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendant resides in this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because Defendant committed the acts of infringement, and has a regular and established places of business in this judicial district.

**PARTIES**

5. Plaintiff Mark Johnson ("Plaintiff" or "Johnson") resides in Australia, and is a professional photographer by trade.

6. Plaintiff is informed and believes and thereon alleges that Emiliano Abate ("Abate") is the founder and owner of the Costa Rica Surf School

("Defendant) with a principal lace of business at: 735 Santa Clara Place, San Diego, CA 92109.  *See* http://www.costaricasurflessons.com/index.html.

7.     Plaintiff is informed and believes, and thereon alleges, that Defendant owns and operates the website http://www.costaricasurflessons.com/index.html ("the Website") to market its services.

8.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names.  Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants.  Plaintiff will seek to amend the complaint when names and capacities of such fictitiously named Defendants are ascertained.  As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9.     For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## FACTUAL ALLEGATIONS

10.     Plaintiff Mark Johnson is professional photographer by trade based in Australia.  He specializes in outdoor on-location photography; primarily waves and coastal scenes, travel, sports, and nature photography.     *See*

https://www.markjohnson.com/about/index.

11. Johnson is the sole author and exclusive rights holder to a photograph of a man surfing ("the Image"). A true and correct copy of the original Image is attached hereto as Exhibit A.

12. Johnson registered the Image with the United States Copyright Office on June 17, 2008 under registration number VAu 964-338.

13. Defendant offers and arranges surf lessons and travel in Costa Rica. Defendant is based out of San Diego, California and maintains a storefront business to provide these services. *See* http://www.costaricasurflessons.com/aboutus.html

14. On or about June 7, 2019 Johnson discovered that Defendant had used the Image on the Gallery page of its Website. The Image remains on Defendant's Website to date. True and correct screenshots of the Infringing Post featuring Johnson's Image is attached hereto as Exhibit B.

15. Johnson never authorized Defendant use of the Image in any manner.

16. On information and belief, Defendant knew that it did not have permission to use the Image on Defendant's Website and willfully infringed Johnson's Image. *See* Exhibit C.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101** *et seq.*

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

19. Plaintiff is informed and believes and thereon alleges that Defendant willfully infringed upon Plaintiff's copyrighted works in violation of Title 17 of the U.S. Code, in that it published, communicated, benefited through, posted, distributed, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

20. As a result of each and every Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to actual damages and profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c).

21. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs from Defendant pursuant to 17 U.S.C § 505.

22. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against Defendant according to proof together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: September 25, 2019

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**/s/ Saba A. Basria**
Saba A. Basria, Esq.
Cal. Bar No. 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

# DEMAND FOR JURY TRIAL

Plaintiff, Mark Johnson, hereby demands a trial by jury in the above matter.

Dated: September 25, 2019   Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**/s/ Saba A. Basria**
Saba A. Basria, Esq.
Cal. Bar No. 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*