# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON<br><br>                      Plaintiff,<br><br>v.<br><br>EMILIANO ABATE d/b/a COSTA RICA SURF LESSONS<br><br>                      Defendant. | Case No.: 19cv1849-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal with prejudice. Defendant has not answered or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and attorney's fees. The joint motion for extension of time to answer (Docket no. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: December 6, 2019

*[signature]*
Honorable Larry Alan Burns
Chief United States District Judge